# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYLE MOFFITT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 17-CV-411-CVE-JFJ |
| | ) |
| STATE FARM FIRE & CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs, Lyle Moffitt and Nakita Moffitt, by and through their counsel of record, dismiss their cause of action against Defendant, State Farm Fire and Casualty Company, with prejudice to the refiling of said cause.

Respectfully submitted,

_/s/ Scott L. Tully_ .
**ATTORNEY FOR PLAINTIFFS**


_/s/ Michael W. Brewer_ .
Michael W. Brewer
**ATTORNEY FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

This is to certify that on this 26 day of March, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**MICHAEL W. BREWER, OBA #11769**
**SCOTT L. TULLY, OBA #13606**

_/s/  Scott L. Tully_ .
Scott Tully